UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRAN WHITE-FERGUSON,

      Plaintiff,                            Case No. 06-11941

vs.                                            Hon. Gerald E. Rosen

LORETTA JEAN ADAMS, ALAN RAY WHITEHEAD,
AUTO CLUB GROUP INSURANCE COMPANY, and
COSTCO HEALTH CARE PLAN,

      Defendants.
_____/

**ORDER VACATING ORDER TO SHOW CAUSE**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    July 5, 2006    .

PRESENT: Honorable Gerald E. Rosen
                United States District Judge

On May 24, 2006, the Court issued an order directing Defendant Costco Health Care Plan to address an issue regarding the propriety of the removal of this action. Defendant having responded to this order, and the Court now being satisfied that Defendant has supplied the information that was missing from its initial notice of removal,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Court's May 24, 2006 order to show cause is VACATED.

                                                  s/Gerald E. Rosen
                                                  Gerald E. Rosen
                                                  United States District Judge

Dated: July 5, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 5, 2006, by electronic and/or ordinary mail.

                                                  s/LaShawn R. Saulsberry
                                                  Case Manager